BRIAN J. STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8952
    Facsimile:  (415) 744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLO L. MOSQUEDA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | Civil No. 4:15-cv-6082-KAW<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file the Answer to Plaintiff's Complaint and the certified administrative record by 30 days to **July 27, 2016**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter, and she requests it in good faith and without any intent to prolong proceedings unduly.

    There is good cause for this extension because the Social Security Administration's Office of Disability Adjudication and Review requires additional time to prepare a complete and accurate certified administrative record for this case.

Stipulation to Extend Briefing Schedule, 4:15-cv-6082-KAW                                              1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date: *June 27, 2016* | LAW OFFICES OF LAWRENCE D. ROHLFING |
| By: | */s/ Asim H. Modi  for Cyrus Safa\** |
|   | CYRUS SAFA |
|   | *\*Authorized by email on June 27, 2016* |
|   | Attorneys for Plaintiff |
| Date: *June 27, 2016* | BRIAN J. STRETCH |
|   | United States Attorney |
|   | DEBORAH LEE STACHEL |
|   | Acting Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| BY: | */s/ Asim H, Modi* |
|   | ASIM H. MODI |
|   | Special Assistant United States Attorney |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/28/16                                    _____

                                                                 HON. KANDIS A. WESTMORE
                                                                 UNITED STATES MAGISTRATE JUDGE