BRIAN J. STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE. STACHEL, CSBN 230138
Regional Chief Counsel
DANIEL P. TALBERT, SNB OH 0084088
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 977-8873
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARLO L. MOSQUEDA,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | No. 4:15-cv-06082-KAW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF |

      The parties stipulate by counsel to remand this case to the Commissioner for further administrative proceedings. Upon remand, the administrative law judge (ALJ) will obtain the assistance of a medical expert in evaluating Plaintiff's physical impairments; evaluate the medical source opinions; give further consideration to Plaintiff's residual functional capacity and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations; obtain supplemental vocational expert evidence; offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

//

Respectfully submitted September 23, 2016.

DATED: September 23, 2016
*/s/ Cyrus Safa*
CYRUS SAFA
(as authorized by email)
Attorney for Plaintiff

BRIAN J. STRETCH
United States Attorney

DATED: September 23, 2016    By    *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

DATE: 9/27/16

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE